HARRY HOWLETT, Appellant, v. CLEO CASELLE, Defendant, and JOSEPHINE FIASCHETTI, Respondent.— Order affirmed, with ten dollars costs and disbursements to abide the event. All concur. (The order denies plaintiff's motion to strike out the answer of defendant Fiaschetti as not presenting a triable issue, and for summary judgment against said defendant, in an action to recover the amount of a promissory note.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

HUBERT L. STEVENSON and Others, as Trustees under an Agreement Dated December 1, 1929, Respondents, v. FRED J. ZORN and ALICE ZORN, Appellants, and UNION TRUST COMPANY OF ROCHESTER and Others, Defendants.— Order modified by striking out the words "upon payment of ten dollars ($10) costs " and by inserting in place thereof the words "upon payment of statutory costs to the date of the order appealed from," and as modified affirmed, without costs of this appeal to any party. All concur, except Taylor, J., not voting. (The order grants plaintiffs' motion to open their default in pleading and permit a reply to the counterclaim in defendants' answer in an action by plaintiffs for the judicial settlement of their accounts as trustees.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER G. COLLIS and Others, Defendants, and IGNAZIO VACCARO, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of attempted arson, second degree.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of Supplementary Proceedings: THE NATIONAL BANK OF GENEVA, Judgment Creditor, Appellant, v. LEONARD C. HEGEL, Judgment Debtor, Respondent. LOAN SERVICE CORPORATION, Creditor, and ACHILLES MICHAEL ANANIA, Employer, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion by the judgment creditor directing the employer of defendant Hegel to pay ten per cent of the earnings of the judgment debtor to petitioner, and giving the Loan Service Corporation priority payment over the garnishee execution of the judgment creditor.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.